UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 95-72365

HIGH TECHNOLOGY
PRODUCTS, INC., et. al,               HONORABLE AVERN COHN

    Defendants.

_____/

**ORDER VACATING ORDER AMENDING CUSTOMS INVENTORY, CLARIFYING SPECIFIED ORDERS, AND REQUIRING THE UNITED STATES TO RELEASE THE ISOTOPES AND OTHER SEIZED ITEMS**

    This is an interpleader action involving isotopes. On February 27, 2006, the Court entered an order entitled "Order Amending Customs Inventory, Clarifying Specified Orders, and Requiring the United State to Release the Isotopes and Other Seized Items." This order was entered in error as the case is pending in the Court of Appeals for the Sixth Circuit. Accordingly, the order of February 27, 2006 is VACATED.

    SO ORDERED.

Dated: April 6, 2006                  s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 6, 2006, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                        Case Manager, (313) 234-5160