UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

Case No. 95-72365

v.

Judge Avern Cohn

HIGH TECHNOLOGY PRODUCTS, INC.,
et al,
          Defendants.
_____/

## NOTICE OF CORRECTION

Docket entry number 165 filed on May 04, 2011 has been modified. The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| ☐ | The wrong document image was associated and replaced |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed. |
| X | Other: The memorandum is a duplicate of Docket Entry No. 164 |

    If you need further clarification or assistance, please contact Julie Owens at (313) 234-5160.

                                    DAVID J. WEAVER, CLERK OF COURT

Dated: May 4, 2011                    s/Julie Owens
                                         Deputy Clerk